### PORTER v. PARKS.

Upon a motion to correct a case after settlement, *held,* "I know of no practice which will justify this court at general term correcting the case as settled on motion."

MOTION to correct case. The motion was made in the action last mentioned.

BARNARD, P. J.

The head-note contains the entire opinion.

*Motion denied.*